IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMYE TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-cv-0383-TMH |
| | )          WO |
| RICHARD F. ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #12) to the Recommendation of the Magistrate Judge filed on June 1, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #9) filed on May 17, 2010 is adopted;

3. The motion for preliminary injunction filed by the plaintiff is DENIED.

4. The case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 21st day of September, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE