IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMYE TAYLOR, #157736, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:10-CV-383-TMH |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #46) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. #46) of the Magistrate Judge is ADOPTED;

2. Plaintiff's motion to dismiss is GRANTED;

3. The claims against Richard Allen are dismissed with prejudice;

4. Richard Allen is dismissed as a party to this cause of action; and

5. This case, with respect to Plaintiff's claims against the remaining defendants, is referred back to the Magistrate Judge for additional proceedings.

DONE this 31st day of May, 2012.

                                /s/ Truman M. Hobbs
                          TRUMAN M. HOBBS
                          SENIOR UNITED STATES DISTRICT JUDGE