IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMYE TAYLOR, #157736 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:10-CV-383-TMH |
| | ) |
| KENNETH JONES, and | ) |
| STEVE WALKER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 86) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 86) of the Magistrate Judge is ADOPTED;

2. The defendants' motions for summary judgment are GRANTED;

3. Judgment is GRANTED in favor of the defendants;

4. This case is DISMISSED with prejudice; and

5. The costs of this proceeding are taxed against the plaintiff.

A separate judgment shall issue.

Done this 27th day of September, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE